CHRISTINA JUMP (D.C. ID No. TX151)
  cjump@clcma.org
LEILA E. MUSTAFA (D.C. ID No. TX0169)
  lmustafa@clcma.org
Constitutional Law Center for Muslims in America
833 E. Arapaho Rd., Ste. 102
Richardson, TX 75081
Tel: (972) 914-2507; Fax: (972) 692-7454

*Attorneys for Plaintiff/Petitioner*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ASHRAF MANIAR**, *Plaintiff/Petitioner,* vs. **CHAD F. WOLF**, in his official capacity as Acting Secretary of the Department of Homeland Security, *Defendant/Respondent.* | CASE NO.: 1:18-cv-1362 (RDM) CIVIL ACTION **NOTICE OF NON-SUIT AND VOLUNTARY DISMISSAL** |

### NOTICE OF NON-SUIT AND VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ashraf Maniar, by and through undersigned counsel, hereby files this voluntary dismissal as to the above-referenced case as he no longer requires an order of the Court for the requested relief, due to the fact that he has officially been taken off the No-Fly List as of August 18th, 2020, and, accordingly, as to all causes of action asserted against the Defendant, Chad F. Wolf, in the above-referenced case.

1

Respectfully submitted this 19th day of August, 2020.

*/s/ Christina A. Jump*
Christina A. Jump
D.C. ID No. TX151
Leila E. Mustafa
D.C. ID No. TX0169
Constitutional Law Center
for Muslims in America
833 E. Arapaho Rd., Suite 102
Richardson, TX 75081
Tel: (972) 914-2507
Fax: (972) 692-7454
cjump@clcma.org
lmustafa@clcma.org
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was electronically filed and served upon all counsel of record. Parties may access this filing through the Court's CM/ECF System.

Dated this 19th day of August, 2020.

*/s/ Christina A. Jump*
Counsel for Plaintiff
